FILED
CLERK, U.S. DISTRICT COURT

August 20, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____EVC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,<br><br>　　　　Plaintiff[s],<br><br>　　　　v.<br><br>**[UNDER SEAL]**,<br><br>　　　　Defendant[s]. | No. 2:25-CV-4705-AB (SSCx)<br><br>ORDER RE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2) and (b)(3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE] |

FILED
CLERK, U.S. DISTRICT COURT
August 20, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ EVC _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CARL GORDON,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, GOVERNOR OF CALIFORNIA (INDIVIDUAL CAPACITY); ELENI KOUNALAKIS, LIEUTENANT GOVERNOR (INDIVIDUAL CAPACITY); ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA (INDIVIDUAL CAPACITY); SHIRLEY WEBER, SECRETARY OF STATE (INDIVIDUAL CAPACITY); STEVEN J. REYES, CHIEF COUNSEL TO THE SECRETARY OF STATE (INDIVIDUAL CAPACITY); KEVIN CALIA, PARTNER, BOERSCH & ILLOVSKY LLP (INDIVIDUAL CAPACITY); DEAN C. LOGAN, REGISTRAR-RECORER/COUNTY CLERK (INDIVIDUAL CAPACITY); CALIFONIA ASSOCIATION OF CLERKS AND ELECTION OFFICIALS (CACEO), INCLUDNG ALL 58 COUNTY ELECTION OFFICERS; SKDK (FORMERLY SKDKNICKERBOCKER), A | No. 2:25-CV-4705-AB (SSCx)<br><br>ORDER RE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. § 3730(b)(2) and (b)(3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE] |

| | |
|---|---|
| 1 | POLITICAL PUBLIC RELATIONS FIRM; ACTBLUE, A MAJOR FUNDRAISER FOR THE DEMOCRATIC PARTY; DEMOCRATIC NATIONAL COMMITTEE (DCN); DEMOCRATIC GOVERNORS ASSOCIATION (DGA); |
| 2 | |
| 3 | |
| 4 | |
| 5 | DOES 1 through 10, |
| 6 | Defendants. |

The United States of America having declined to intervene in the above-captioned action under 31 U.S.C. § 3730(b)(4)(B), IT IS HEREBY ORDERED THAT:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The complaint is unsealed, and the *qui tam* relator Carl Gordon shall serve it upon the defendants.

2. This order and the United States' Notice of Election to Decline Intervention and Request to Unseal the Case are both unsealed, and the relator shall serve both, along with the complaint, upon the defendants.

3. All *ex parte* applications, memoranda, declarations, and other submissions made in camera under 31 U.S.C. § 3730(b)(3) shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this order.

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States. *See* 31 U.S.C. § 3730(c)(3).

6. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice

of the same, and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

Dated: August 20, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY MAIL**

I am over the age of 18 and not a party to the within action. I am employed by the United States Attorney's Office, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On August 20, 2025, I served [PROPOSED] ORDER RE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE on the person named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: August 14, 2025. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom Emailed**:

Carl Gordon
University of the Hood
8306 Wilshire Blvd., No. 792
Beverly Hills, CA 90211

Relator

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: August 20, 2025, at Los Angeles, California.

_____
OSCAR ORTIZ