**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>PLAINTIFF(S)<br><br>v.<br><br>GAVIN NEWSOM,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cv-04705-AB-SSCx<br><br>**NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |

On September 21, 2026, the Court received the attached

☐ Complaint ☐ Petition ☐ Notice of Removal, captioned ______

☒ other document(s), entitled NOTICE REQUEST

from CARL GORDON, who was found by the Court on September 8, 2026

in case number ______ to be a vexatious litigant and/or subject to the following restrictions on the filing of additional documents:

☒ A court order or written authorization from a judge must be obtained prior to the filing of document(s).

☐ Submission of document(s) for filing requires a Motion for Leave to File.

☐ Document(s) must be pre-screened by the Court before filing.

☐ Filing fee must be paid.

☐ No further filings are to be accepted in this case from the person named above or anyone acting on his or her behalf.

☐ Bond in the amount of $______ must be posted in order to proceed.

☐ Other :

Pursuant to the terms of the order imposing filing restrictions, the attached document(s) will be forwarded to the
☐ assigned magistrate judge ☐ assigned district judge ☐ Chief Judge for review.

---

☐ IT IS HEREBY ORDERED that the document(s) presented:

☐ be filed in the above-captioned case.

☐ be filed in case number ______.

☐ be filed as a new case.

*or*

☐ IT IS RECOMMENDED that the document(s) presented not be filed. The Clerk is directed to forward this recommendation to the appropriate district judge for review.

______ Date

______ United States Magistrate Judge

---

IT IS HEREBY ORDERED that the document(s) presented

☐ not be filed.

☒ be filed in the above-captioned case.

☐ be filed in case number ______.

☐ be filed as a new case.

September 30, 2026
Date

Hon. André Birotte Jr.
United States District Judge